| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Western__ District of __Texas__ (State) |
| Case number (If known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Melendez Enterprises, LLC

**2. All other names debtor used in the last 8 years**  d/b/a Premium Carriers
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  7 1 – 0 9 1 7 8 0 2

**4. Debtor's address**

Principal place of business:
321 Rio Dulce
Number  Street

El Paso  TX  79932
City  State  ZIP Code

El Paso
County

Mailing address, if different from principal place of business:
Number  Street
P.O. Box
City  State  ZIP Code

Location of principal assets, if different from principal place of business:
Number  Street
City  State  ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Debtor  __Melendez Enterprises, LLC__        Case number (if known) _____
        Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _4_ _8_ _4_ _1_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*

       ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY
   If more than 2 cases, attach a separate list.
       District _____ When _____ Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                                       MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
    Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor     Melendez Enterprises, LLC             Case number *(if known)*
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** *(Check all that apply.)*

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____
                                   Number        Street

                                   City                 State     ZIP Code

     **Is the property insured?**
     ☐ No
     ☐ Yes. Insurance agency _____
              Contact name _____
              Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor __Melendez Enterprises, LLC__  
      Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/10/2016__  
            MM / DD / YYYY

✗ __/s/ Ruben Melendez, Jr.__  
Signature of authorized representative of debtor      Printed name

Title __Manager__

**18. Signature of attorney**

✗ __/s/ Carlos A. Miranda III, Esq.__      Date __04/20/2016__  
Signature of attorney for debtor                               MM / DD / YYYY

__Carlos A. Miranda III, Esq.__  
Printed name

__MIRANDA & MALDONADO, P.C.__  
Firm name

__5915 Silver Springs, Bldg. 7__  
Number    Street

__El Paso__                                   __Texas__    __79912__  
City                                          State    ZIP Code

__915-587-5000__                      __cmiranda@mirandafirm.com__  
Contact phone                         Email address

__14199582__                          __Texas__  
Bar number                             State

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| In Re: | § | Case No. _____ |
|---|---|---|
| | § | |
| Melendez Enterprises, LLC, | § | |
| Debtor. | § | Chapter __11__ |
| | § | |

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

/s/ Ruben Melendez, Jr.                          04/20/2016
_____                       _____
Debtor                                           Date


_____                       _____
Joint Debtor                                     Date

El Paso Central Appraisal District
5801 Trowbridge Drive
El Paso, Texas 79925

General Electric Capital Corporation
c/o Joel Donner
P.O. Box 642222
Pittsburgh, PA 15264-2222

General Electric Capital Corporation
c/o Locke Lord, LLP
600 Travis, Street, Suite 2800
Houston, Texas 77002

Internal Revenue Service
Special Procedures
P. O. Box 7346
Philadelphia, PA 19101

Mercedes-Benz Financial Services USA, LLC
d/b/a Daimler truck Financial
c/o Gregory A. Fraser, P.C.
209 S. Main Street
P.O. Box 2562
Lindale, Texas 75771

United States Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205